# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:13-CR-89 JCM (GWF) |
|---|---|
| Plaintiff(s), | |
| v. | |
| DEBORAH A. DIFRANCESCO, | |
| Defendant(s). | |

# ORDER

Presently before the court is defendant Deborah DiFrancesco's motion to join (Doc. # 29) the United States of America's response to Stake Center Locating, Inc.'s renewed motion for relief (Doc. # 28).

Good cause being shown, the motion is granted.

IT IS SO ORDERED.

DATED September 5, 2013.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**